# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 22-cr-012 (CRC) |
| v. : | |
| : | |
| ANDREW GALLOWAY, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Jason M. Manning is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: April 11, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov