### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00012-CRC |
| | : | |
| **ANDREW GALLOWAY,** | : | |
| **Defendant.** | : | |

### CONSENT MOTION FOR CONTINUANCE OF THE
### SENTENCING HEARING SCHEDULED FOR JULY 5, 2022

Comes now Defendant Andrew Galloway, by and through counsel, to request the entry of an Order continuing the sentencing hearing scheduled for July 5, 2022, to a date convenient to the Court and to the parties.

As grounds, the following is stated:

1. This motion is consented to, per Assistant U.S. Attorney Jason Manning.

2. On March 8, 2022 the Court accepted Mr. Galloway's plea to Parading, Demonstrating, or Picketing in a Capital Building, in violation of 40 U.S. Code § 5104(e)(2)(G). This is a Class B misdemeanor violation and Mr. Galloway is not detained in this matter.

3. An "in-person" sentencing hearing is scheduled for July 5, 2022, at 2:00 p.m.

4. Counsel for Mr. Galloway is requesting the continuance due to personal reasons, which counsel has discussed with both Mr. Galloway and with AUSA Manning.

5. Grant of this motion to continue th July 5th sentencing hearing should not affect the orderly administration of the Court's business.

6. Counsel has discussed with Mr. Galloway his right to a speedy sentencing hearing. Mr. Galloway waives his right to assert a speedy sentencing hearing, for the period of time between July 5, 2022, and the "new" date for a sentencing hearing.

7. The following dates are "bad dates" for counsel: The morning of July 15, 2022, July 18-21, 2022, the morning of August 12, 2022, August 22, 2022, & September 12-19, 2022.

WHEREFORE, for the foregoing reasons and such other reasons that may appear just and proper, defendant Andrew Galloway requests the entry of an Order continuing the sentencing hearing scheduled for July 5, 2022, to a date convenient to the Court and to the parties.

Respectfully submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
Cell-phone (301)-807-3847
aorenberg@orenberglaw.com
Counsel for Andrew Galloway

Dated: May 15, 2022