IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No. 1:22-cr-00012-CRC** |
| | : | |
| **ANDREW GALLOWAY,** | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the Consent Motion to Continue the August 10, 2022, Sentencing Hearing , it is this _____ day of July/August, 2022,

**ORDERED** that the consent motion should be and hereby is **GRANTED.**

The Sentencing hearing scheduled for August 10, 2022 (10:00 a.m.) is vacated and the Clerk of Court is directed to consult with the parties to schedule a sentencing hearing date.

**SO ORDERED.**

_____
United States District Judge

Copies To:

1. All case registered parties