4/26/2022

Janet Ellen Barrett     307-258-8735
Physical address    441 Windmill Rd, Glenrock, Wyoming 82637
Mailing address     P O Box  788, Glenrock, Wyoming  82637

Honorable Judge Christopher R. Cooper
United States District Judge
United States Courthouse
300 Constitution Ave N.W.
Washington, D.C.  20001

Dear Honorable Judge Cooper,

I am a waiver provider in the state of Wyoming.  I care for a woman that is developmentally disabled and has lived with me for over 40 years.   I also had two ladies that lived with me, also developmentally disabled, but sadly have passed away.  This is something I have done since my late 20s, I am now 73 years old.

I have known Andrew Galloway since the day he was born.  We are cousins but he has always considered me his mom.

Andrew is married, he has a stepdaughter 13 and two sons, one is 6, and one is 5.  Andrew is very involved with his family.  He helps coach the boy's tee-ball team on the weekends, helps with their schooling and homework and drives his stepdaughter to her youth meetings at their church weekly and whatever else she has going on.  Andrew and his wife make sure that the children get out into the parks, nature walks looking for waterfalls, treasure, and just exploring.  Andrew loves his family dearly and wants the best for them.

The family attends church weekly and during the week and are involved in the outreach to the homeless through their church.  The children also are involved in this outreach to the homeless.  The family volunteers whenever possible for whatever the church may need.  Andrew and his wife want their children to know that people are in need and the family should help wherever they can.

Andrew is currently attending a trade school; he is working very hard to complete his studies at the top of his class.  Andrew is doing very well in school and looks forward to graduating and finding a good job wherever that might be.  When Andrew graduates and finds a job, the family is hoping that they will be able to find a home to buy.  Andrew and his family are currently in Tennessee, but the children are hoping that they can come back home to Wyoming one day, as I am.  I am very proud of the husband and father that Andrew has become.

Respectfully,

*Janet E Barrett*