Dear Honarable Judge Cooper,

My name is Rebekah Craig, I am Andrew Galloway's younger sister. I am a traveling nurse in the Wichita, Kansas area. Thank you for giving me the opportunity to speak on my brother's character.

Andrew is an outstanding brother who has always been there for me. Growing up, my brother always guarded me from the bullies. I struggled to fit in whereas Andrew could fill a room with smiles and laughter. He always made sure his shy sister had a place in the room, and helped me come out of my shell. He lights up a crowded room with his charisma and humor. My brother is the person you want by your side. He is a very smart and passionate man.

Andrew went from being a boy to becoming a man when joining the Navy. When he returned from service overseas he was a truly different person. Although it has also caused some internal pain for him, the Navy changed the course of his life. His perspective of life seems to have changed. He has put God and family as a priority in his life.

I have always been proud of him and am proud to call him a brother. Andrew continues to grow as a person. He is learning to manage his mental health since coming back from Afghanistan. All his choices in life are well intended; although sometimes poorly executed. He is passionate about God and country. His wife and children are his priority. His beautiful family needs him by their side.

Thank you for your time and consideration.


Rebekah Craig

Address & phone number
918 Alice st
Augusta, KS 67010
(530)258-6854