Dear Honorable Judge Cooper,

Thank you for taking the time to let me tell you about my younger brother. My name is Jonathan David Galloway Jr. I am Andrew Galloway's older brother, and I am currently working as a machinist for Newell Rubbermaid in Winfield, Kansas. My address is 125 N 3rd street Arkansas city, Kansas 67005. I have known Andrew his entire life.

     As Andrew's older brother I have always been a bit judgmental of him. My brother was always very passionate and a bit impulsive when we were young, which did tend to lead him toward getting into trouble. His heart was always in the right place during these troubles, but he was compelled to stand up for anything he believed to be true, even against overwhelming odds. We grew up in a small town far away from anything of import, with our faith in Christianity being deeply important to us. This was one of the conflicts he so frequently had with other children, often requiring me to step in on his behalf because he was a terrible judge of who he could reasonably stand up to, in those cases physically.

     Two events dramatically changed the way he approached life, as well as my opinion of him. The first came after he enlisted in the Navy. When he came back from his time overseas, he showed a newfound passion for our country. I believe, from our conversations, it was seeing the way that people were forced to live their lives in those countries that gave him such an appreciation and love for our country. During this time in his life, there were riots going on that, to our way of thinking, were damaging our country and the media seemed to be fanning these flames. He then heard about a protest that was proposed to be a peaceful counter point to these other riots and protests which were leaving cities looted and in flames. He was now able to show support and hopefully help affect change for the first time. I've only spoken to him briefly about the events in Washington, but it is my understanding that as soon as he witnessed things that were beyond the scope of what he'd originally signed on for he left.

     The second event that truly changed him was when he became a father. He has mellowed quite a bit since he's begun raising his children. He is an excellent father and the primary provider for his family. He has showed time and again that his family is the most important thing in the world to him, and he wouldn't do anything to jeopardize his life with them. Being as critical of him as I have been, I can honestly say he has overcome the flaws of his youth and become a man I am proud to call brother. Andrew has become a man who I can trust with not only my life, but the lives of my own children. He is tremendously dependable, and acts with courage and conviction.

     Although my brother is still a passionate man who stands by what he believes in, there is no risk of any kind for a repeat offence because he is no longer as naïve as he once was, as well as the fact that he now has his wife and children to take care of. I truly believe that nothing good can come from removing Andrew from his family or community.

Thank you for giving me the opportunity to share my opinion of my brother,

Jonathan Galloway Jr.