**Allen Orenberg**

| | |
|---|---|
| From: | Leighann Galloway <gallowaymom3@gmail.com> |
| Sent: | Monday, June 6, 2022 2:39 PM |
| To: | Allen Orenberg |
| Subject: | Andrew Galloway letter to Judge Cooper |

Dear Honorable Judge Cooper,

June 6th, 2022

My name is Leighann Galloway, I am Andrew Galloway's mother. Thank you for allowing me to speak on my son's behalf.

Andrew is a kind, good hearted person. During his childhood he was charismatic, full of energy, and is self driven. When Andrew made mistakes, he would take responsibility for his actions and learn from the experience. His self conviction I believe is one of his greatest attributes.

When Andrew joined the Navy it changed his life. It gave him purpose and a drive. It was nice to see when he came back from Afghanistan, he had a new found love for country. I am proud of his years of service and pride he has for his country. His service in the military has forever changed his life in such a positive way.

1

Although he has struggled from PTSD, he is learning to overcome challenges and decision making. He has come so far in his life. He has always advocated for his beliefs but has learned how to do it peacefully.

He is an outstanding father to his 3 children. His whole life centers around his children and his wife. He was raised in a Christian household and has a strong belief in Jesus Christ. He and his family are currently heavily involved in church. His 6 year old son recently got baptized.

He is currently attending a diesel mechanic school and is number one in his class. After his schooling he works for a delivery service. He is a hard working member of society. Andrew gives 100% to everything he sets his mind to. My husband and I are so incredibly proud of the man he has become.

We feel like Andrew has learned a hard lesson and do not feel like taking him away from society would be beneficial. He made a 10 minute serious mistake that should not ruin the rest of his life. As I stated prior, he takes responsibility for his actions and his self

2

conviction would never allow him to do something like this again.

Thank you for your time and consideration in the matter.

Leighann Galloway