> OTHERS
> To cut down on spammers we've banned @'s and telegram links.
>
> 👁 4.1K 23:29
>
> **VIEW GROUP**

**Proud Boys**
Forwarded Message
From: **Northern Nevada Proud Boys**



0:52
0 B / 4.3 MB

How to get a Proud Boy to take the covid vaccine

👁 2.9K 13:42

December 4, 2021

**Proud Boys**
Do you remember that one time when Epstein didn't kill himself?