**Proud Boys**

Just a reminder that we will not be attending any rally in DC this weekend. These events are obvious traps. The federal government would love for us to fall for them, so that they can use the inevitable fabricated violence against the political prisoners of January 6th. We will instead be using that time to improve our local communities and build a better future for our friends and families. We suggest you do the same. If you insist on going to a rally, which is your right. As always, be smart and stay safe. God bless you all. POYB

👁 12.7K   12:23

 128 Comments   >