

**Marjorie Taylor Greene** ✓  01/06
The January 6 Committee should be looking at the peopl...  212



**Charlie Kirk** ✓  01/06
https:// conservativebrief.com/trump-...  437



**INFOWARS.COM** 🚫🚫...  01/06
AP Declares Mistreatment Of Jan 6th Prisoners Is A 'Conspi...  890



**Steven Crowder Fans**  01/06
AOC LIED About Her January 6 Timeline and I'll Prove It| Loud...  148



**Infowars Alex Jones**  01/06
Simon Parkes 5th January 2022 Update Current News htt...  45



**Right Side Broadcasti...** ✓  01/06
TODAY AT 1PM EST: Reps. Matt Gaetz and Marjorie Taylo...  163



**Rep. Matt Gaetz**  01/06